Dawn L. Davis, Esq.
Nevada Bar No. 13329
Alexis R. Wendl, Esq.
Nevada Bar No. 15351
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
ddavis@swlaw.com
awendl@swlaw.com

*Attorneys for Defendant Ford Motor Company*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ASHLEY R. LIAL, an individual<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a foreign corporation, and DOES 1-X, and ROE ENTITIES I - X, inclusive,<br><br>Defendants. | Case No.:  2:22-cv-00542-RFB-DJY<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Ashley R. Lial and Defendant Ford Motor Company, through their respective counsel of record, stipulate that any and all claims in the above matter are hereby settled

/ / /

/ / /

/ / /

/ / /

4887-7140-2023

1  and that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter should be dismissed with

2  prejudice with each party to bear their own costs and attorneys' fees.

3        Dated: August 8, 2022

4  SNELL & WILMER L.L.P.                              STEPHENS LAW OFFICES

5

6  /s/ Alexis R. Wendl                               /s/ David A. Stephens
   Dawn L. Davis, Esq., NV Bar No. 13329             David A. Stephens, Esq., NV Bar No. 00902
7  Alexis R. Wendl, Esq., NV Bar No. 15351           3636 N. Rancho Drive
   3883 Howard Hughes Parkway, Suite 1100            Las Vegas, NV 89130
8  Las Vegas, NV 89169                               Telephone: (702) 656-2355
   Telephone: (702) 784-5200                         Facsimile:  (866) 656-2776
9  Facsimile:  (702) 784-552                         Email:  dstephens@davidstephenlaw.com
   Email:  ddavis@swlaw.com
10         awendl@swlaw.com                          *Attorneys for Plaintiff Ashley R. Lial*

11 *Attorneys for Defendant Ford Motor Company*

12                                    **ORDER**

13        IT IS SO ORDERED.

14        DATED this __9th__ day of August, 2022

15

16        _____
          RICHARD F. BOULWARE, II
17        UNITED STATES DISTRICT JUDGE

18

19 Prepared and Submitted By:

20 SNELL & WILMER L.L.P.

21

22 /s/ Alexis R. Wendl
   Dawn L. Davis, Esq., NV Bar No. 13329
23 Alexis R. Wendl, Esq., NV Bar No. 15351
   3883 Howard Hughes Parkway, Suite 1100
24 Las Vegas, Nevada 89169

25 *Attorneys for Defendant Ford Motor Company*

26

27

28

- 2 -

4875-5168-5671.1
4887-7140-2023

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200